In the Matter of the Application of JACOB LEVENSON for an Order Directing SAMUEL D. LASKY, an Attorney, to Pay over Money, etc.— Motion for leave to appeal or for reargument denied, with ten dollars costs. Motion for a stay granted

until the granting or final refusal by the Court of Appeals of leave to appeal, upon said defendant's filing the undertaking required by section 595 of the Civil Practice Act. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.